United States District Court

Eastern District of California

Bobby Britton,

        Petitioner,                      No. Civ. S 05-0893 MCE PAN P

  vs.                             Order Re Request for Status

Katie Mendoza-Powers,

        Respondent.

                                 -oOo-

    Petitioner inquires about the status of his petition for a writ of habeas corpus.  He filed and served a reply July 21, 2005, and his petition has been under submission for decision since then.

    This court has dozens of habeas petitions under submission and most have been pending decision longer than petitioner's. The court cannot say when this case will be decided but can assure petitioner his matter has not been forgotten and that earnest efforts are being made to provide decisions in these

1 | cases as soon as possible.
2 |     So ordered.
3 |     Dated: October 18, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge