IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY BRITTON,

     Petitioner,            No. CIV S-05-0893 MCE EFB P

     vs.

KATIE MENDOZA-POWERS,

     Respondent.            ORDER

_____/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Currently before the court is petitioner's response to the May 29, 2008, order to show cause.

     On June 15, 2007, petitioner notified the court that his address had changed and he had been released from prison. Thus, on May 29, 2008, the court directed petitioner to explain whether he was on parole and therefore still "in custody" for purposes of habeas corpus jurisdiction. *See Jones v. Cunningham*, 371 U.S. 236, 238 (1963) (prisoner on parole is "in custody" for purposes of federal habeas statute). Petitioner has responded with a statement that he has been released to parole following completion of the prison term imposed for the judgment of conviction he challenges in this action. Accordingly, petitioner is in custody.

////

1

1        Accordingly, it is ORDERED that the May 29, 2008, order to show cause is discharged.
2 Petitioner has filed a reply to respondent's answer to the petition.  Therefore, this matter remains
3 submitted for decision.

4 Dated:  August 7, 2008.

                                                            EDMUND F. BRENNAN
                                                            UNITED STATES MAGISTRATE JUDGE